AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
*Plaintiff* )
v. ) Case No. 23 CRIM 396
Joseph Malvasio and Gregg Marcus )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gregg Marcus

Date: 08/31/2023

*Attorney's signature*

Alexander Gardner, Bar #2534766
*Printed name and bar number*
Mintz & Gold LLP
600 Third Ave, 25th Fl
New York, NY 10016

*Address*

gardner@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

212 696-1231
*FAX number*