# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>GREGG MARCUS<br>*Defendant* | )<br>)<br>)  Case No. 23-396 (JGLC)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gregg Marcus

Date: 04/02/2024

*Attorney's signature*

Sara Probber 5688783
*Printed name and bar number*
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue
7th Floor
New York, NY 10017
*Address*

sprobber@ekljlaw.com
*E-mail address*

(646) 585-6858
*Telephone number*

*FAX number*