**EKLJN | ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP**

565 Fifth Avenue, 7th Floor
New York, NY 10017
tel: +1 (212) 321-0510

www.ekljnlaw.com

Sara Probber
sprobber@ekljnlaw.com
Direct: +1 (646) 585-6858

May 24, 2024

**Via ECF**

The Honorable Jessica G. L. Clarke
United States District Court
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Joesph Malvasio and Gregg Marcus
      23-CR-396 (JGLC)

Dear Judge Clarke:

We are counsel for Gregg Marcus in the above-referenced matter. We appreciate your review of the letter we filed earlier today. However, your order granted a remote appearance for Mr. Marcus's Co-Defendant, Joseph Malvasio. We wanted to clarify whether Mr. Marcus was able to appear remotely as well.

Thank you for Your Honor's consideration.

Respectfully Submitted,

s/ Sara M. Probber
Sara Michelle Probber

**Elliott Kwok Levine Jaroslaw Neils LLP**
*Counsel for Defendant Gregg Marcus*

Application GRANTED. The Court would like to correct the record as to ECF No. 46. Mr. Marcus is permitted to remotely attend the status conference set for May 29, 2024, at 10:00 a.m. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 47.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 24, 2024
      New York, New York

cc: All counsel
    *Via ECF*