AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-396 (JGLC) |
| GREGG MARCUS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gregg Marcus                                                                                                           .

Date:     03/17/2025

*Rachel Rodriguez* (signature)
*Attorney's signature*

Rachel J. Rodriguez 5009386
*Printed name and bar number*
Elliott Kwok Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
*Address*

rrodriguez@ekljnlaw.com
*E-mail address*

(212) 321-0510
*Telephone number*

*FAX number*