UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

GREGG MARCUS

                                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

23-CR-396 ( )( )

Defendant __Gregg Marcus__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Gregg Marcus**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Ilene Jaroslaw**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**03/19/2025**
Date

_____
U.S. District Judge/U.S. Magistrate Judge