**EKLJN** | ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.ekljnlaw.com

Ilene Jaroslaw
ijaroslaw@ekljnlaw.com
Direct: +1 (917) 763-9852

October 10, 2025

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The Court will certainly accommodate counsel but will defer until the final pretrial conference whether that requires canceling a full day (and, either way, whether there is way to make up for any lost time). Counsel should book the latest flight to Michigan that would enable her to attend the event and then remind the Court about the issue at the final pretrial conference. The Clerk of Court is directed to terminate ECF No. 144.
>
> SO ORDERED.
>
> [signature]
>
> October 21, 2025

Re:   *United States v. Malvasio et al.*
      23 Cr. 396 (S-1) (JMF)

Dear Judge Furman:

At the status conference on October 9, the above-referenced case was scheduled for trial on March 2, 2026. I write to request respectfully that the Court adjourn the trial from Thursday evening, March 12, until Monday morning, March 16, so that I may attend an event on Friday, March 13. On that date, the University of Michigan Hillel is celebrating its 100th anniversary, beginning with a Shabbat dinner in Michigan Stadium. My daughter is currently the President of Michigan Hillel, and my family is a sponsor of the celebration. I had planned a trip to Ann Arbor for the occasion.

I realize that this may cause inconvenience to the Court, the jurors, and the parties. I have contacted all counsel. Counsel for the government, Mr. Malvasio, and Mr. Polk advised me that they have no objection to the request.

I appreciate the Court's consideration.

Respectfully submitted,

[signature]

Ilene Jaroslaw

cc:   All counsel *via ECF*